IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #58, PAINTERS DISTRICT COUNCIL #58 401(K) PLAN, FINISHING TRADES INSTITUTE, LABOR MANAGEMENT COOPERATIVE INITIATIVE, SAFETY TRAINING AWARD RECOGNITION, SOUTHERN ILLINOIS DRUG FUND, PAINTERS DISTRICT COUNCIL #58 ADMINISTRATIVE DUES CHECK OFF, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  No.  16-cv-00593-JPG-DGW ) |
| CY WUEBBELS & SONS PAINTING CONTRACTORS, L.L.C. | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (Doc. 9). Due notice having been given, the Court having been fully advised, and a Clerk's Order of Default (Doc. 7) pursuant to Federal Rule of Civil Procedure 55(a) having previously been entered against the defendant, the Court **GRANTS** plaintiff's Motion for Default Judgment, and judgment is hereby entered in favor of plaintiffs Illinois State Painters Welfare Fund, International Union of Painters and Allied Trades District Council #58, Painters District Council #58 401(k) Plain, Finishing Trades Institute Labor Management Cooperative Initiative, Safety Training Award Recognition, Southern Illinois Drug Fund, Painters District Council #58 Administrative Dues Check Off and against defendant Cy Wuebbels & Sons Painting Contractors, L.L.C., as follows:

    a.    $14,755.60 in delinquent contributions to the DC 58;

    b.    $33.547.32 in delinquent contributions to ISP;

    c.    $3,991.96 in Liquidated Damages to the DC 58;

    d.    $6,709.46 in Liquidated Damages to ISP;

    e.    $4,991.97 in work dues to the DC 58;

    f.    $212.33 in check offs to the DC 58;

    g.    $1,382.25 in audit costs to DC 58;

    h.    $1,382.25 in audit costs to ISP;

    i.    $4,077.16 in attorneys' fees and costs to DC 58;

    j.    $2,468.54 in attorneys' fees and costs to ISP;

    j.    Total of $29,411.27 to DC 58;

    k.    Total of $40,190.11 to ISP;

    l.    Total judgment of $69,601.38.

This judgment may be executed 14 days after entry. *See* Fed. R. Civ. P. 62(a). Execution of this judgment is governed by Federal Rule of Civil Procedure 69(a).

**IT IS SO ORDERED.**

**DATED:** 9/12/2016

                                        *s/J. Phil Gilbert*
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**