IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #58, PAINTERS DISTRICT COUNCIL #58 401(K) PLAN, FINISHING TRADES INSTITUTE, LABOR MANAGEMENT COOPERATIVE INITIATIVE, SAFETY TRAINING AWARD RECOGNITION, SOUTHERN ILLINOIS DRUG FUND, PAINTERS DISTRICT COUNCIL #58 ADMINISTRATIVE DUES CHECK OFF, ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, ) |  |
| v. ) | No.   16-cv-00593-JPG-DGW |
| CY WUEBBELS & SONS PAINTING CONTRACTORS, L.L.C. ) ) ) |  |
| Defendant. ) |  |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case is entered in favor of plaintiffs, Illinois State Painters Welfare Fund, International Union of Painters and Allied Trades District Council #58, Painters District Council #58 401(k) Plain, Finishing Trades Institute Labor Management Cooperative Initiative, Safety Training Award Recognition, Southern Illinois Drug Fund, Painters District Council #58 Administrative Dues Check Off and against Cy Wuebbels & Sons Painting Contractors, L.L.C. in the amounts of:

a. $14,755.60 in delinquent contributions to the DC 58;

b. $33.547.32 in delinquent contributions to ISP;

    c.    $3,991.96 in Liquidated Damages to the DC 58;

    d.    $6,709.46 in Liquidated Damages to ISP;

    e.    $4,991.97 in work dues to the DC 58;

    f.    $212.33 in check offs to the DC 58;

    g.    $1,382.25 in audit costs to DC 58;

    h.    $1,382.25 in audit costs to ISP;

    i.    $4,077.16 in attorneys' fees and costs to DC 58;

    j.    $2,468.54 in attorneys' fees and costs to ISP;

    j.    Total of $29,411.27 to DC 58;

    k.    Total of $40,190.11 to ISP;

For a total judgment of Sixty Nine Thousand Six Hundred One dollar and thirty eight cents ($69,601.38.)

**DATED**: 9/12/2016                **JUSTINE FLANAGAN,**
                                          **Acting Clerk of Court**
                                          *s/Tina Gray*, **Deputy Clerk**

**Approved:**

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**